UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BEATTIE, et al., | |
| Plaintiffs, | CASE NO. C15-0270-JLR |
| v. | REPORT AND RECOMMENDATION |
| CARLISSA WILLIAMS, et al., | |
| Defendants. | |

A motion to proceed *in forma pauperis* (IFP) was filed in this case. (Dkt. 1.) However, plaintiffs filed only one IFP application for both plaintiffs, instead of separate applications for each plaintiff. Also, plaintiff James Beattie listed $4,000 in monthly expenses, while also stating he is currently unemployed and without listing any income sources used to meet his monthly expenses. The Court, therefore, lacked complete information from both plaintiffs allowing for a determination of their eligibility to proceed IFP.

By Order dated February 27, 2015, the Court directed both plaintiffs to file separate, completed IFP applications within twenty days of the date of the Order. The Court further advised that failure to comply with the Order in a timely manner may result in a recommendation of denial of plaintiffs' motion to proceed IFP.

REPORT AND RECOMMENDATION
PAGE - 1

1
2
3
4
5
6

To date, the Court has not received a response to its Order or completed IFP applications from plaintiffs. Accordingly, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed in this Court only if plaintiffs pay the $400 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

7

DEADLINE FOR OBJECTIONS

8
9
10
11
12
13
14

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 17, 2015**.

15

DATED this 31st day of March, 2015.

16
17
18
19

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2