UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BEATTIE, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>CARLISSA WILLIAMS, et al.,<br><br>            Defendants. | CASE NO. C15-0270-JLR<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

      The Court, having reviewed plaintiffs' application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    Plaintiffs' IFP application is DENIED for failure to file completed IFP applications as directed by the Court's Minute Order of February 27, 2015. Plaintiffs are directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

      (3)    The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiffs and to the Honorable Mary Alice Theiler.

DATED this 17th day of April, 2015.

_____
JAMES L. ROBART
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2